**FILED**

06/07/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0640

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0640

_____

IN RE THE MARRIAGE OF:

SALLY JO HUFFARD,

      Petitioner and Appellee,

and

GREGORY ALAN HUFFARD,

      Respondent and Appellant.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Gregory Alan Huffard, to all counsel of record, and to the Honorable Colette B. Davies, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 7 2023